IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT DAMON RICHARDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-CV-2587-D |
| | § | |
| LARRY DWIGHT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge, grants defendant's January 19, 2018 alternative motion to strike or dismiss the amended complaint filed by plaintiff to the extent that leave to amend is denied as futile, and dismisses this action with prejudice.

**SO ORDERED**.

February 28, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE